# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:25-CV-01466-WFJ-CPT

Plaintiff:
**HUNTER SEABORN MACKENZIE**

vs.

Defendant:
**ROBERT J. PERRAULT, JR.**

For:
Joshua B. Alper, Esq.
Shapiro, Blasi, Wasserman, and Hermann, P.A.

**LTS2025002762**

Received by Gregory A. Scott on the 10th day of June, 2025 at 9:19 am to be served on **ROBERT J. PERRAULT, JR., 31522 EARN DRIVE, WESLEY CHAPEL, FL 33545**.

I, Gregory A. Scott, being duly sworn, depose and say that on the **20th day of June, 2025** at **7:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Complaint with Exhibits and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ERIC PERRAULT as SON** at the address of: **31522 EARN DRIVE, WESLEY CHAPEL, FL 33545**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: Dark Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and the facts in it are true to the best of my knowledge. Pursuant to F.S. 92.525 (2) I have no interest in the above action,

**Gregory A. Scott**
PPS 9021

Subscribed and Sworn to before me on the 21st day of June, 2025 by the affiant who is personally known to me

NOTARY PUBLIC

**Top Legal Services**
**15800 Pines Boulevard**
**Suite 333**
**Pembroke Pines, FL 33027**
**(954) 812-9229**

Our Job Serial Number: LTS-2025002762



Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a