## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:25-CV-01466

Plaintiff:
**HUNTER SEABORN MACKENZIE BLACK**

vs.

Defendant:
**ROBERT J. PERRAULT JR.**


LTS2025004298

For:
Joshua B. Alper, Esq.
Shapiro, Blasi, Wasserman, and Hermann, P.A.

Received by WILLIAM RISER on the 22nd day of August, 2025 at 9:50 am to be served on **DEPARTMENT OF FINANCIAL SERVICES C/O CFO SUSAN MILLER, 200 EAST GAINES STREET, TALLAHASSEE, FL 32399**.

I, WILLIAM RISER, do hereby affirm that on the **22nd day of August, 2025** at **12:40 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises In A Civil Action and Chief Financial Offer Fee ($15.00)** to: **JOHNATHAN DOSTER** as ADMINISTARTIVE SECRETARY, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **200 E. GAINES STREET, TALLAHASSEE, FL 32399.** on behalf of **DEPARTMENT OF FINANCIAL SERVICES C/O CFO SUSAN MILLER**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 32, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 170, Hair: BLONDE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

WILLIAM RISER
288

**TOP LEGAL SERVICES**
**777 S.E. 2ND AVENUE**
**SUITE 110B**
**DEERFIELD BEACH, FL 33441**
**(954) 812-9229**

Our Job Serial Number: LTS-2025004298

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e