# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:25-CV-01466

Plaintiff:
**HUNTER SEABORN MACKENZIE BLACK**

vs.

Defendant:
**ROBERT J. PERRAULT, JR.**

For:
Joshua B. Alper, Esq.
Shapiro, Blasi, Wasserman, and Hermann, P.A.

Received by TOP LEGAL SERVICES on the 21st day of August, 2025 at 11:06 pm to be served on **OFFICE OF THE STATE ATTORNEY, 20 NORTH MAIN STREET, ROOM 400, BROOKSVILLE, FL 34601**.

I, LILLIAN MANN, do hereby affirm that on the **22nd day of August, 2025** at **12:30 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises In A Civil Action, Addendum** with the date and hour of service endorsed thereon by me, to: **JEN BROWN** as **ADMININISTRATIVE ASSISTANT** for **OFFICE OF THE STATE ATTORNEY**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 130, Hair: Dark Brown, Glasses: N

Pursuant to Florida Statutes, under penalties of perjury, I declare that I have read the foregoing affidavit of service and the facts stated are true. I certify that I have no interest in the above action, I am over the age of 18 years old and that I am a certified process server and/or an appointed process server in good standing in the circuit in which this defendant was served.

*Lillian Mann* (signature)

**LILLIAN MANN**
#08588891

**TOP LEGAL SERVICES**
**777 S.E. 2nd Avenue**
**Suite 110-B**
**Deerfield Beach, FL 33441**
**(954) 812-9229**

Our Job Serial Number: LTS-2025004295

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a